IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 11-cv-01575 REB-KMT

ANNETTE C. CALES,

    Plaintiff,

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, an Indiana limited liabilty company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#10][1] filed September 13, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#10] filed September 13, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 13, 2011, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.